# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00503-CV

### In re Texas Department of Family and Protective Services

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relator Texas Department of Family and Protective Services has filed a petition for writ of mandamus and an opposed emergency motion for temporary emergency relief and for expedited consideration. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's September 21, 2021 contempt order pending further order of this Court. *See id.* 52.10(b).

It is ordered on October 14, 2021.


Before Justices Baker, Kelly, and Smith